IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:21MJ3035 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ARCHIE ANDREW BACKWARD, JR., | |
| Defendant. | |

As requested in the government's motion, (Filing No. 5), which is hereby granted,

IT IS ORDERED that the above-captioned case is dismissed.

Dated this 25th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge